**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **BERHANU GERESU KIBRET,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **v.** | ) **Case No. CIV-26-2020-R** |
| | ) |
| **FRED FIGUEROA et al.,** | ) |
| | ) |
| **Respondents.** | ) |

**ORDER**

Currently before the Court is Petitioner's Motion for Admission *Pro Hac Vice* **(ECF No. 6)**, seeking the admission of Ronia Issa Dubbaneh *pro hac vice*. Counsel certifies that she is a member in good standing of both federal and district courts and represents that she is familiar with the local rules of this Court. *See* ECF No. 6-1. The Court notes this district's *pro hac vice* filing fee has been paid. *See* ECF No. 7. Upon consideration, the Motion is **GRANTED**.

The Court hereby orders that Ronia Issa Dubbaneh and is hereby admitted *pro hac vice* for the limited purpose of representing the Petitioner in the above-captioned matter. *See* LCvR83.2(g). Counsel shall immediately file an entry of appearance, consistent with Local Civil Rule 83.4.

**IT IS SO ORDERED** on August 21, 2026.

Shon T. Erwin

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE